RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone:      (202) 514-6632
Facsimile:      (202) 307-0054
Yael.bortnick@usdoj.gov

*Of Counsel:*
BILLY J. WILLIAMS
United States Attorney, District of Oregon

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CARLO PONTA; YVONNE RIVELLI PONTA; QUICK COLLECT, INC.; RICHARD G. FAZIO; ERLINDA M. FAZIO; OREGON DEPARTMENT OF REVENUE; and CLACKAMAS COUNTY,<br><br>*Defendants*. | Case No. 3:19-cv-757<br><br><br>**COMPLAINT** |

The United States of America (the "United States"), by and through its undersigned

counsel, hereby complains and alleges as follows:

**INTRODUCTION**

1.      This is a civil action timely brought by the United States to reduce to judgment

the outstanding federal tax assessments against Defendants Carlo Ponta and Yvonne Rivelli

Ponta and to foreclose federal tax liens on a parcel of real property located in Clackamas County,

Oregon, described more completely below and referred to as the "Subject Property."

Complaint
Page 1

## JURISDICTION AND VENUE

2.      This action is commenced pursuant to 26 U.S.C. §§ 7401 and 7403 at the direction of the Attorney General of the United States and with the authorization and request of the Chief Counsel of the Internal Revenue Service (the "Service"), a delegate of the Secretary of the Treasury of the United States.

3.      The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402.

4.      Venue properly lies in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1396, because Defendants Carlo Ponta and Yvonne Rivelli Ponta reside in the District of Oregon and because the Subject Property at issue is located within the District of Oregon.

## DEFENDANTS

5.      Defendant Carlo Ponta is named as a defendant because he has unpaid federal tax liabilities and he has an ownership interest in the Subject Property.

6.      Defendant Yvonne Rivelli Ponta is named as a defendant because she has unpaid federal tax liabilities and she has an ownership interest in the Subject Property.

7.      Defendant Quick Collect, Inc. is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

8.      Defendant Richard G. Fazio is named as a defendant pursuant to 26 U.S.C. § 7403(b) because he may claim an interest in the Subject Property.

9.      Defendant Erlinda M. Fazio is named as a defendant pursuant to 26 U.S.C. § 7403(b) because she may claim an interest in the Subject Property.

10.     Defendant Oregon Department of Revenue is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

11.     Defendant Clackamas County is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

## SUBJECT PROPERTY

12.     The property sought to be foreclosed by this action consists of a parcel of real property commonly described as 18701 SE 362nd Drive, Sandy, Oregon 97055 (the "Subject Property"). The legal description of the property is as follows:

> Parcel 6, Partition Plat 2004-056, in the County of Clackamas and State of Oregon.

13.     Defendant Carlo Ponta acquired the Subject Property by Warranty Deed, dated February 22, 1984, from Giuseppe Ponta.

14.     Defendant Carlo Ponta transferred his interest in the Subject Property to Defendants Carlo Ponta and Yvonne Rivelli Ponta by Quit Claim Deed, dated October 12, 1987.

## COUNT ONE: REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT AGAINST CARLO PONTA AND YVONNE RIVELLI PONTA

15.     The United States incorporates and re-alleges as if fully stated herein each of the allegations contained in Paragraphs 1 through 14.

16.     On the dates, in the amounts, and for the tax periods set forth below, a duly authorized delegate of the Secretary of the Treasury made timely assessments against Defendants Carlo Ponta and Yvonne Rivelli Ponta for unpaid federal income tax, penalties, interest, and other statutory additions in the amounts and for the periods indicated:

| Tax Period Ending | Tax Type | Assessment Date | Assessment Amount and Type of Assessment | | Total as of April 14, 2019* |
|---|---|---|---|---|---|
| 12/31/2000 | Form 1040 | 10/04/2010 | Tax Assessed | $22,753.00 | |
| | | " | Late Filing Penalty | $4,343.62 | |
| | | " | Failure to Pay Penalty | $4,826.25 | |
| | | " | Interest Assessed | $17,433.51 | |
| | | 05/23/2011 | Fees and Collection Costs | $10.00 | |
| | | 12/21/2015 | Interest Assessed | $8,012.84 | |
| | | 12/19/2016 | Interest Assessed | $1,958.65 | |
| | | 12/18/2017 | Interest Assessed | $2,192.81 | |
| | | 12/17/2018 | Interest Assessed | $2,701.04 | $59,912.01 |

Complaint
Page 3

| | | | | | |
|---|---|---|---|---|---|
| 12/31/2001 | Form 1040 | 10/04/2010 | Tax Assessed | $14,281.00 | |
| | | " | Estimated Tax Penalty | $565.17 | |
| | | " | Late Filing Penalty | $3,213.22 | |
| | | " | Failure to Pay Penalty | $3,570.25 | |
| | | " | Interest Assessed | $10,761.27 | |
| | | 12/21/2015 | Interest Assessed | $5,765.98 | |
| | | 12/19/2016 | Interest Assessed | $1,439.12 | |
| | | 12/18/2017 | Interest Assessed | $1,611.19 | |
| | | 12/17/2018 | Interest Assessed | $1,984.62 | $44,020.84 |
| 12/31/2002 | Form 1040 | 10/04/2010 | Tax Assessed | $18,070.00 | |
| | | " | Estimated Tax Penalty | $530.00 | |
| | | " | Late Filing Penalty | $4,065.75 | |
| | | " | Failure to Pay Penalty | $4,517.50 | |
| | | " | Interest Assessed | $11,755.07 | |
| | | 12/21/2015 | Interest Assessed | $6,931.48 | |
| | | 12/19/2016 | Interest Assessed | $1,730.03 | |
| | | 12/18/2017 | Interest Assessed | $1,936.87 | |
| | | 12/17/2018 | Interest Assessed | $2,385.78 | $52,919.09 |
| 12/31/2003 | Form 1040 | 05/18/2009 | Estimated Tax Penalty | $518.05 | |
| | | " | Late Filing Penalty | $19,916.33 | |
| | | " | Additional Tax Assessed | $88,517.00 | |
| | | " | Interest Assessed | $41,736.80 | |
| | | " | Failure to Pay Penalty | $22,129.25 | |
| | | " | Estimated Tax Penalty | $1,765.77 | |
| | | 12/21/2015 | Interest Assessed | $7,655.61 | |
| | | 12/19/2016 | Interest Assessed | $2,195.73 | |
| | | 12/18/2017 | Interest Assessed | $2,182.97 | |
| | | 12/17/2018 | Interest Assessed | $2,559.26 | $54,185.67 |
| 12/31/2008 | Form 1040 | 11/02/2009 | Tax Assessed | $1,545.00 | |
| | | 02/07/2011 | Late Filing Penalty | $1,477.00 | |
| | | " | Accuracy Penalty | $1,224.00 | |
| | | " | Additional Tax Assessed | $3,218.00 | |
| | | " | Interest Assessed | $654.86 | |
| | | " | Failure to Pay Penalty | $15.90 | |
| | | 09/26/2011 | Fees and Collection Costs | $10.00 | |
| | | 10/03/2011 | Fees and Collection Costs | $10.00 | |
| | | 12/19/2011 | Failure to Pay Penalty | $580.34 | |
| | | 07/02/2012 | Fees and Collection Costs | $40.00 | |
| | | 12/21/2015 | Interest Assessed | $1,627.64 | |
| | | " | Failure to Pay Penalty | $933.76 | |
| | | 12/19/2016 | Interest Assessed | $478.36 | |
| | | 12/18/2017 | Interest Assessed | $535.56 | |
| | | 12/17/2018 | Interest Assessed | $659.70 | |
| | | 04/08/2019 | Fees and Collection Costs | $10.00 | $14,632.69 |

| | | | | | |
|---|---|---|---|---|---|
| 12/31/2009 | Form 1040 | 11/22/2010 | Tax Assessed | $6,029.00 | |
| | | " | Failure to Pay Penalty | $229.16 | |
| | | " | Interest Assessed | $140.44 | |
| | | 12/19/2011 | Failure to Pay Penalty | $716.12 | |
| | | 12/21/2015 | Interest Assessed | $1,138.58 | |
| | | " | Failure to Pay Penalty | $486.96 | |
| | | 12/19/2016 | Interest Assessed | $318.34 | |
| | | 12/18/2017 | Interest Assessed | $356.39 | |
| | | 12/17/2018 | Interest Assessed | $439.00 | $9,737.37 |
| 12/31/2010 | Form 1040 | 05/30/2011 | Tax Assessed | $11,704.00 | |
| | | " | Estimated Tax Penalty | $137.00 | |
| | | " | Late Filing Penalty | $490.68 | |
| | | " | Failure to Pay Penalty | $109.04 | |
| | | " | Interest Assessed | $56.33 | |
| | | 12/19/2011 | Failure to Pay Penalty | $708.76 | |
| | | 12/21/2015 | Interest Assessed | $1,851.13 | |
| | | " | Failure to Pay Penalty | $1,908.20 | |
| | | 12/19/2016 | Interest Assessed | $609.68 | |
| | | 12/18/2017 | Interest Assessed | $682.57 | |
| | | 12/17/2018 | Interest Assessed | $840.78 | $18,649.39 |
| 12/31/2011 | Form 1040 | 11/19/2012 | Tax Assessed | $14,051.00 | |
| | | " | Estimated Tax Penalty | $240.00 | |
| | | " | Failure to Pay Penalty | $562.04 | |
| | | " | Interest Assessed | $253.32 | |
| | | 12/31/2012 | Fees and Collection Costs | $40.00 | |
| | | 12/21/2015 | Interest Assessed | $1,469.67 | |
| | | " | Failure to Pay Penalty | $2,950.71 | |
| | | 12/19/2016 | Interest Assessed | $737.98 | |
| | | 12/18/2017 | Interest Assessed | $826.21 | |
| | | 12/17/2018 | Interest Assessed | $1,017.70 | $22,573.75 |
| 12/31/2012 | Form 1040 | 03/17/2014 | Tax Assessed | $24,237.00 | |
| | | " | Late Filing Penalty | $2,202.66 | |
| | | " | Failure to Pay Penalty | $734.22 | |
| | | " | Interest Assessed | $370.52 | |
| | | 12/08/2014 | Fees and Collection Costs | $10.00 | |
| | | 02/16/2015 | Failure to Pay Penalty | $525.60 | |
| | | 06/15/2015 | Interest Assessed | $376.25 | |
| | | " | Failure to Pay Penalty | $453.36 | |
| | | 07/06/2015 | Failure to Pay Penalty | $717.62 | |
| | | " | Interest Assessed | $247.15 | |
| | | 08/31/2015 | Fees and Collection Costs | $30.00 | |
| | | 06/13/2016 | Fees and Collection Costs | $10.00 | |
| | | 12/19/2016 | Interest Assessed | $890.40 | |
| | | " | Failure to Pay Penalty | $570.38 | |
| | | 12/18/2017 | Interest Assessed | $754.63 | |
| | | 12/17/2018 | Interest Assessed | $929.54 | $20,618.01 |

Complaint
Page 5

| 12/31/2015 | Form 1040 | 11/21/2016 | Tax Assessed | $21,929.00 | |
| | | " | Estimated Tax Penalty | $49.00 | |
| | | " | Failure to Pay Penalty | $324.68 | |
| | | " | Interest Assessed | $197.52 | |
| | | 01/09/2017 | Fees and Collection Costs | $40.00 | |
| | | 12/17/2018 | Interest Assessed | $821.58 | |
| | | " | Failure to Pay Penalty | $1,704.56 | $11,470.36 |
| 12/31/2016 | Form 1040 | 02/19/2018 | Tax Assessed | $3,439.00 | |
| | | " | Estimated Tax Penalty | $82.00 | |
| | | " | Late Filing Penalty | $154.75 | |
| | | " | Failure to Pay Penalty | $176.64 | |
| | | " | Interest Assessed | $114.22 | |
| | | 04/16/2018 | Fees and Collection Costs | $40.00 | $4,087.38 |
| | | | **Total:** | | **$312,806.56** |

*Including (1) credit for any payments and abatements and (2) accrued, but unassessed interest and fees and collection costs.

17.     Timely notice stating the amounts and demanding payment of the assessments set forth in Paragraph 16 was given to Defendants Carlo Ponta and Yvonne Rivelli Ponta as required by 26 U.S.C. § 6303 of the Internal Revenue Code.

18.     Despite timely notice stating the amounts and demanding payment of the assessments set forth in Paragraph 16 Defendants Carlo Ponta and Yvonne Rivelli Ponta have neglected, failed, or refused to pay the assessed amounts to the United States.

19.     The United States has established a claim against Defendants Carlo Ponta and Yvonne Rivelli Ponta in the amount of $312,806.56 for unpaid federal income taxes as of April 14, 2019. Additional unassessed interest and other statutory additions as provided by law will accrue on these balances.

**COUNT TWO: FORECLOSE FEDERAL TAX LIENS**

20.     The United States incorporates and re-alleges as if fully stated herein each of the allegations in paragraphs 1 through 19.

21.     Pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens for unpaid tax liabilities have arisen against and attached to all property and rights to property of Defendants Carlo Ponta and Yvonne Rivelli Ponta as of the dates of the assessments described in Paragraph 16. In addition, said liens immediately attached to all after-acquired property or rights to property, including the Subject Property.

22.     Notices of Federal Tax Lien were recorded in Clackamas County, Oregon against Defendants Carlo Ponta and Yvonne Rivelli Ponta on the following dates and for the following tax liabilities:

| Recording Date | Tax Periods Included in Notice |
|---|---|
| 05/02/2011 | 2000 |
|  | 2001 |
|  | 2002 |
|  | 2009 |
| 09/06/2011 | 2008 |
|  | 2010 |
| 06/11/2012 | 2003 |
| 12/10/2012 | 2011 |
| 11/10/2014 | 2014 |
| 12/20/2016 | 2015 |
| 05/23/2016 | 2012[1] |
| 03/26/2018 | 2016 |

23.     The United States seeks to foreclose the federal tax liens described above through sale of the Subject Property.

24.     The tax liens arising from the assessments described in Paragraph 16, above have priority over all interests in the Subject Property acquired after the attachment of the tax liens, subject to the provisions of 26 U.S.C. § 6323(a).

25.     Under 26 U.S.C. § 7403(c), the United States is entitled to enforce its federal tax liens upon the Subject Property and to receive the proceeds from the sale of the Subject Property to be applied toward satisfaction of the outstanding and unpaid tax assessments against Defendants Carlo Ponta and Yvonne Rivelli Ponta.

WHEREFORE, the Plaintiff, the United States, prays as follows:

A.     That this Court determine and adjudge that Defendants Carlo Ponta and Yvonne Rivelli Ponta are indebted to the United States on the assessments described in paragraph 16,

---

[1] The Internal Revenue Service mistakenly issued a certificate of release of the Notice of Federal Tax Lien for tax year 2012, which was recorded on June 23, 2015. On April 11, 2016, the Internal Revenue Service recorded a Revocation of Certificate of Release of Federal Tax Lien, which reinstated the lien as provided under 26 U.S.C. § 6325(f)(2).

above, in the amount of $312,806.56 as of April 14, 2019, less any subsequent payments or credits, plus interest and other statutory additions, as provided by law, and that judgment in that amount be entered against Defendants Carlo Ponta and Yvonne Rivelli Ponta and in favor of the United States;

B.      That this Court determine and adjudge that the United States has valid federal tax and judgment liens against all property and rights to property of Defendants Carlo Ponta and Yvonne Rivelli Ponta, including, but not limited to, their interest in the Subject Property;

C.      That this Court determines the merits and priority of any claims or interests of the other named defendants in the Subject Property and their respective priority to a distribution of proceeds from a sale of the Subject Property;

D.      That the federal tax and judgment liens against Defendants Carlo Ponta and Yvonne Rivelli Ponta encumbering the Subject Property be foreclosed;

E.      That the Subject Property be sold with the proceeds applied to the delinquent federal tax liabilities of Defendants Carlo Ponta and Yvonne Rivelli Ponta; and

F.      That the United States be granted its costs and fees herein, and such other and further relief as this Court deems just and proper.

Respectfully submitted this 14th day of May, 2019.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Yael Bortnick*
YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone:    (202) 514-6632
Facsimile:    (202) 307-0054
Yael.bortnick@usdoj.gov
*Attorneys for the United States of America*

*Of Counsel:*
BILLY J. WILLIAMS
United States Attorney, District of Oregon

Complaint
Page 8

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| **(b)**  County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)**  Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❑ 1   U.S. Government
       Plaintiff

❑ 2   U.S. Government
       Defendant

❑ 3   Federal Question
       *(U.S. Government Not a Party)*

❑ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place<br>of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a<br>Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance<br>❑ 120 Marine<br>❑ 130 Miller Act<br>❑ 140 Negotiable Instrument<br>❑ 150 Recovery of Overpayment<br>      & Enforcement of Judgment<br>❑ 151 Medicare Act<br>❑ 152 Recovery of Defaulted<br>      Student Loans<br>      (Excludes Veterans)<br>❑ 153 Recovery of Overpayment<br>      of Veteran's Benefits<br>❑ 160 Stockholders' Suits<br>❑ 190 Other Contract<br>❑ 195 Contract Product Liability<br>❑ 196 Franchise | **PERSONAL INJURY**<br>❑ 310 Airplane<br>❑ 315 Airplane Product<br>      Liability<br>❑ 320 Assault, Libel &<br>      Slander<br>❑ 330 Federal Employers'<br>      Liability<br>❑ 340 Marine<br>❑ 345 Marine Product<br>      Liability<br>❑ 350 Motor Vehicle<br>❑ 355 Motor Vehicle<br>      Product Liability<br>❑ 360 Other Personal<br>      Injury<br>❑ 362 Personal Injury -<br>      Medical Malpractice | **PERSONAL INJURY**<br>❑ 365 Personal Injury  -<br>      Product Liability<br>❑ 367 Health Care/<br>      Pharmaceutical<br>      Personal Injury<br>      Product Liability<br>❑ 368 Asbestos Personal<br>      Injury Product<br>      Liability<br>**PERSONAL PROPERTY**<br>❑ 370 Other Fraud<br>❑ 371 Truth in Lending<br>❑ 380 Other Personal<br>      Property Damage<br>❑ 385 Property Damage<br>      Product Liability | ❑ 625 Drug Related Seizure<br>      of Property 21 USC 881<br>❑ 690 Other<br><br><br><br>**LABOR**<br>❑ 710 Fair Labor Standards<br>      Act<br>❑ 720 Labor/Management<br>      Relations<br>❑ 740 Railway Labor Act<br>❑ 751 Family and Medical<br>      Leave Act<br>❑ 790 Other Labor Litigation<br>❑ 791 Employee Retirement<br>      Income Security Act | ❑ 422 Appeal 28 USC 158<br>❑ 423 Withdrawal<br>      28 USC 157<br><br>**PROPERTY RIGHTS**<br>❑ 820 Copyrights<br>❑ 830 Patent<br>❑ 835 Patent - Abbreviated<br>      New Drug Application<br>❑ 840 Trademark<br>**SOCIAL SECURITY**<br>❑ 861 HIA (1395ff)<br>❑ 862 Black Lung (923)<br>❑ 863 DIWC/DIWW (405(g))<br>❑ 864 SSID Title XVI<br>❑ 865 RSI (405(g)) | ❑ 375 False Claims Act<br>❑ 376 Qui Tam (31 USC<br>      3729(a))<br>❑ 400 State Reapportionment<br>❑ 410 Antitrust<br>❑ 430 Banks and Banking<br>❑ 450 Commerce<br>❑ 460 Deportation<br>❑ 470 Racketeer Influenced and<br>      Corrupt Organizations<br>❑ 480 Consumer Credit<br>❑ 485 Telephone Consumer<br>      Protection Act<br>❑ 490 Cable/Sat TV<br>❑ 850 Securities/Commodities/<br>      Exchange<br>❑ 890 Other Statutory Actions<br>❑ 891 Agricultural Acts |
| **REAL PROPERTY**<br>❑ 210 Land Condemnation<br>❑ 220 Foreclosure<br>❑ 230 Rent Lease & Ejectment<br>❑ 240 Torts to Land<br>❑ 245 Tort Product Liability<br>❑ 290 All Other Real Property | **CIVIL RIGHTS**<br>❑ 440 Other Civil Rights<br>❑ 441 Voting<br>❑ 442 Employment<br>❑ 443 Housing/<br>      Accommodations<br>❑ 445 Amer. w/Disabilities -<br>      Employment<br>❑ 446 Amer. w/Disabilities -<br>      Other<br>❑ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>❑ 463 Alien Detainee<br>❑ 510 Motions to Vacate<br>      Sentence<br>❑ 530 General<br>❑ 535 Death Penalty<br>**Other:**<br>❑ 540 Mandamus & Other<br>❑ 550 Civil Rights<br>❑ 555 Prison Condition<br>❑ 560 Civil Detainee -<br>      Conditions of<br>      Confinement | **IMMIGRATION**<br>❑ 462 Naturalization Application<br>❑ 465 Other Immigration<br>      Actions | **FEDERAL TAX SUITS**<br>❑ 870 Taxes (U.S. Plaintiff<br>      or Defendant)<br>❑ 871 IRS—Third Party<br>      26 USC 7609 | ❑ 893 Environmental Matters<br>❑ 895 Freedom of Information<br>      Act<br>❑ 896 Arbitration<br>❑ 899 Administrative Procedure<br>      Act/Review or Appeal of<br>      Agency Decision<br>❑ 950 Constitutionality of<br>      State Statutes |

## V.  ORIGIN *(Place an "X" in One Box Only)*

❑ 1   Original
       Proceeding

❑ 2   Removed from
       State Court

❑ 3   Remanded from
       Appellate Court

❑ 4   Reinstated or
       Reopened

❑ 5   Transferred from
       Another District
       *(specify)*

❑ 6   Multidistrict
       Litigation -
       Transfer

❑ 8   Multidistrict
       Litigation -
       Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

❑   CHECK IF THIS IS A **CLASS ACTION**
    UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:     ❑ Yes    ❑No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____                    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

Case 3:19-cv-00757-SI   Document 1-1   Filed 05/14/19   Page 2 of 2

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**    **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td align="center"><em>Plaintiff(s)</em></td><td>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td align="center"><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*
                                                                                          .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| )<br>)<br>)<br>)<br>_____<br>*Plaintiff(s)*<br>v.<br>)<br>)<br>)<br>)<br>_____<br>*Defendant(s)*<br>) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                        *Server's signature*

                                          _____
                                                        *Printed name and title*

                                          _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
                                                                                    .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: